**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CIVIL ACTION NO. 5:13-CV-083-RLV-DCK**

| | | |
|---|---|---|
| **3A COMPOSITES USA, INC.,**<br>**a Missouri Corporation,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **UNITED INDUSTRIES, INC.,**<br>**an Arkansas Corporation, and**<br>**WESLEY PAULIN,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

      **THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 11) filed by Eric D. Welsh, concerning L. Kyle Heffley on June 26, 2013. Mr. Heffley seeks to appear as counsel *pro hac vice* for Defendant United Industries, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

      **IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 11) is **GRANTED**. Mr. L. Kyle Heffley is hereby admitted *pro hac vice* to represent Defendant United Industries, Inc.

      **SO ORDERED**.

Signed: June 26, 2013

David C. Keesler
United States Magistrate Judge