**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CIVIL ACTION NO. 5:13-CV-083-RLV-DCK**

| | | |
|---|---|---|
| **3A COMPOSITES USA, INC.,**<br>**a Missouri Corporation,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **UNITED INDUSTRIES, INC.,**<br>**an Arkansas Corporation, and**<br>**WESLEY PAULIN,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding "Defendants' Joint Motion To Transfer Venue" (Document No. 18). Plaintiffs filed their "Brief In Opposition To Defendants' Motion To Transfer Venue" (Document No. 22). Defendants failed to file a reply brief in support of their motion, or notice of intent not to reply, and the time to do so has lapsed. See Local Rule 7.1(E).

**IT IS, THEREFORE, ORDERED** that Defendants shall file a reply brief, or notice of withdrawal of their motion to transfer, on or before **August 16, 2013**.

**SO ORDERED**.

Signed: August 8, 2013

David C. Keesler
United States Magistrate Judge